**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED     FEB 26 2026

EDC
CLERK

CARMEN DOWDY,

           Plaintiff,

vs.

STATE OF LOUISIANA,
DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS,
ELAYN HUNT CORRECTIONAL CENTER,

           Defendant

Case No.:

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION, RETALIATION, AND
VIOLATIONS OF THE FMLA, ADA, ADEA, AND
TITLE VII; DEMAND FOR JURY TRIAL

_____

Pro Se Plaintiff

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, RETALIATION, AND VIOLATIONS OF THE
FMLA, ADA, ADEA, AND TITLE VII; DEMAND FOR JURY TRIAL - 1

**COMPLAINT AND JURY DEMAND**

Plaintiff Carmen Dowdy files this Complaint against Defendant and alleges as follows:

**I. JURISDICTION AND VENUE**

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.; the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.; the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq.; and 42 U.S.C. § 1981.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 626(c).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the unlawful employment practices occurred in Louisiana within this judicial district.

**II. PARTIES**

4. Plaintiff Carmen Dowdy is an adult resident of Louisiana.

5. Defendant State of Louisiana, Department of Public Safety and Corrections, Elayn Hunt Correctional Center, is an employer within the meaning of Title VII, the ADEA, the ADA, and the FMLA.

**III. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

6. Plaintiff filed a timely Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

7. Plaintiff received a Notice of Right to Sue and files this action within ninety (90) days of receipt.

**IV. FACTUAL ALLEGATIONS**

8. Plaintiff has been employed by Defendant since at least 2020.

9. Beginning in or about 2020 and continuing through 2026, Plaintiff was subjected to ongoing discrimination based on:

    o   Race (in violation of Title VII and 42 U.S.C. § 1981),

    o   Gender (in violation of Title VII),

    o   Age (in violation of the ADEA),

    o   Disability (in violation of the ADA),

    o   Retaliation for engaging in protected activity.

10. Plaintiff experienced constant harassment, including unwarranted write-ups, negative performance evaluations, and denial of reasonable accommodations.

11. Plaintiff submitted grievances and complaints regarding discriminatory treatment.

12. After engaging in protected activity, Plaintiff was subjected to retaliation, including further disciplinary actions and continued harassment.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, RETALIATION, AND VIOLATIONS OF THE FMLA, ADA, ADEA, AND TITLE VII; DEMAND FOR JURY TRIAL - 2

13. Plaintiff's requests for accommodation related to her disability were denied without engaging in the interactive process required by law. See 42 U.S.C. § 12112(b)(5)(A); *EEOC v. LHC Group, Inc.*, 773 F.3d 688, 697 (5th Cir. 2014).

14. Due to the ongoing hostile and retaliatory work environment, Plaintiff suffered severe stress and was forced to use FMLA leave.

15. Defendant's conduct interfered with Plaintiff's FMLA rights and constituted retaliation for exercising those rights in violation of 29 U.S.C. § 2615(a). See *Hunt v. Rapides Healthcare Sys., LLC*, 277 F.3d 757, 763 (5th Cir. 2001).

16. Defendant's actions created a hostile work environment that was severe and pervasive. See *Harris v. Forklift Sys., Inc.*, 510 U.S. 17, 21 (1993).

17. Plaintiff has documented evidence including:

- Written disciplinary actions

- Grievances

- Text messages

- Denial of accommodations

- Performance evaluations

18. Defendant's actions were intentional, willful, malicious, and/or in reckless disregard of Plaintiff's federally protected rights.

### V. CAUSES OF ACTION

**COUNT I – Race and Gender Discrimination (Title VII & 42 U.S.C. § 1981)**

19. Plaintiff incorporates all prior paragraphs.

20. Defendant discriminated against Plaintiff based on race and gender in violation of 42 U.S.C. § 2000e-2(a).

21. Defendant subjected Plaintiff to disparate treatment and a hostile work environment.

**COUNT II – Age Discrimination (ADEA)**

22. Plaintiff was over forty (40) years of age at all relevant times.

23. Defendant discriminated against Plaintiff because of her age in violation of 29 U.S.C. § 623(a).

**COUNT III – Disability Discrimination and Failure to Accommodate (ADA)**

24. Plaintiff is a qualified individual with a disability under 42 U.S.C. § 12102.

25. Defendant failed to provide reasonable accommodation and denied accommodation requests.

26. Defendant failed to engage in the interactive process.

**COUNT IV – Retaliation (Title VII, ADA, ADEA)**

27. Plaintiff engaged in protected activity by filing grievances and complaining of discrimination.

28. Defendant retaliated against Plaintiff in violation of 42 U.S.C. § 2000e-3(a).

## COUNT V – FMLA Interference and Retaliation

29. Defendant interfered with Plaintiff's FMLA rights and retaliated against her for using FMLA leave in violation of 29 U.S.C. § 2615(a).

## VI. DAMAGES

30. As a direct result of Defendant's unlawful conduct, Plaintiff suffered:

- Emotional distress
- Loss of employment benefits
- Loss of FMLA time
- Mental anguish
- Damage to professional reputation

31. Defendant's violations were willful, entitling Plaintiff to liquidated damages under the FMLA and ADEA.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Order restoration of Plaintiff's improperly used FMLA leave;

B. Award compensatory damages;

C. Award back pay and front pay;

D. Award liquidated damages under the FMLA and ADEA;

E. Award punitive damages (where permitted by law);

F. Award attorney's fees and costs pursuant to 42 U.S.C. § 2000e-5(k);

G. Grant trial by jury;

H. Grant all other relief deemed just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by jury.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, RETALIATION, AND VIOLATIONS OF THE FMLA, ADA, ADEA, AND TITLE VII; DEMAND FOR JURY TRIAL - 4

**VERIFICATION**

I, Carmen Dowdy, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 2 day of 26 , 2026.

Carmen Dowdy         _Car R. Dowdy_

Plaintiff, Pro Se

Address: 40439 Bailey dr Gonzales La 70737

Phone: 850 748 7817

Email: Carmendowdy@gmail.com